# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-2081-CAS (AS) | Date | July 20, 2022 |
|---|---|---|---|
| Title | Maurice Gibson v. United States, et; al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On March 28, 2022, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241. (Docket Entry No. 1).

On June 1, 2022, Respondent filed a Motion to Dismiss the Petition ("Motion to Dismiss"), contending, inter alia, that Petitioner has waived any challenge to the Restitution Order and has failed to exhaust his judicial and administrated remedies for the asserted claims. (Docket Entry No. 11). On June 1, 2022, the Court issued an Order directing Petitioner to file an Opposition to the Motion to Dismiss no later than July 1, 2022. (Docket Entry No. 12).

To date, Petitioner has failed to file an Opposition to the Motion to Dismiss or request an extension of time in which to do so.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within **twenty-one (21) days** of the date of this Order (by no later than **August 10, 2022**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by filing an Opposition to the Motion to Dismiss, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Petitioner no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a).** <u>**A Notice of Dismissal form is attached for Petitioner's convenience.**</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-2081-CAS (AS) | Date | July 20, 2022 |
| Title | Maurice Gibson v. United States, et; al., | | |

**Petitioner is warned that the failure to timely file a response to this Order <u>may</u> result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | AF |  |