O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE GIBSON,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES, et, al.,<br><br>        Respondent. | CASE NO. CV 22-2081-CAS(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Respondent's Motion to Dismiss the Petition be granted and Judgment be entered denying the Petition and

dismissing this action with prejudice as to Petitioner's challenges to the restitution order and without prejudice as to Petitioner's claims regarding the Bureau of Prisons' freezing of funds in Petitioner's prison account and use of the Inmate Financial Responsibility Program.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: October 21, 2022

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE