JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE GIBSON,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES, et, al.,<br><br>        Respondent. | CASE NO. CV 22-2081-CAS(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of Untied States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice as to Petitioner's challenges to the restitution order and without prejudice as to Petitioner's claims regarding the

//

//

Bureau of Prisons' freezing of funds in Petitioner's prison account and use of the Inmate Financial Responsibility Program.

DATED: October 21, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE